**Dismissed and Memorandum Opinion filed December 4, 2012.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-12-00363-CV

---

**PHILIP DEAN LYNCH, Appellant**

**V.**

**CACH, L.L.C., Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 962831**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 27, 2012. The clerk's record was filed June 12, 2012, and no reporter's record was taken.

On August 27, 2012, appellant filed a brief that was not in compliance with the Texas Rules of Appellate Procedure. The brief failed generally to comply with the rules. *See* Tex. R. App. P. 38.1(a), (b), (c), (d), (e), (f), (g), (h), (i), (j) and (k). The brief was stricken and appellant was ordered to file an amended brief.

On October 29, appellant filed another brief that also failed to comply with the

Texas Rules of Appellate Procedure. When an appellant files another brief that does not comply with Rule 38, the Court may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief. *See* Tex. R. App. P. 38.9(a). Pursuant to Texas Rule of Appellate Procedure 38.8(a), where an appellant has failed to file a brief, we may dismiss the appeal for want of prosecution.

Appellant's brief still fails to comply with the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 38.1(a), (d), (e), (g), (h), (i) and (k). Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Brown and Busby.